# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

July 28, 2010

## LETTER ORDER

TO COUNSEL OF RECORD

RE:    *USA v. Drake*, Criminal No. 10-181

Dear Counsel:

As a result of today's status conference, the SCHEDULING ORDER in this case is REVISED as follows:

| | |
|---|---|
| Friday, August 27, 2010 at 3 p.m. | Telephone Status Conference |
| Friday, September 24, 2010 at 3 p.m. | Telephone Status Conference |
| Friday, October 29, 2010 at 3 p.m. | Telephone Status Conference |
| Wednesday, November 24, 2010 at 10 a.m. | Telephone Status Conference |
| Monday, December 20, 2010 at 3 p.m. | Telephone Status Conference |
| Friday, January 7, 2011 at 10 a.m. | Motions Deadline |
| Friday, January 21, 2011 at 10 a.m. | Response Deadline |
| Friday, January 28, 2011 at 10 a.m. | Reply Deadline |
| Tuesday, March 15, 2011 at 3 p.m. | Pre-Trial Conference |
| Monday March 21, 2011 - Friday, April 8, 2011 | Jury Trial |

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,  
/s/  
Richard D. Bennett  
United States District Judge

RDB/klf