**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA											DEBORAH L. BOARDMAN
FEDERAL PUBLIC DEFENDER								ASSISTANT FEDERAL PUBLIC DEFENDER

**VIA CM/ECF**

October 22, 2010

Honorable Richard D. Bennett
United States District Court
for the District of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

Re:	*United States v. Thomas Drake*
	Case No. RDB-10-0181

Dear Judge Bennett:

Pursuant to paragraph 13 of the Protective Order Regarding Classified Information entered by the Court on June 28, 2010, I submit the enclosed Memoranda of Understanding. The MOUs have been signed by Michael McConnell, our Computer Systems Administrator, and Krista Wagenbrenner, my Legal Assistant.

Very truly yours,

/S/

Deborah L. Boardman
Assistant Federal Public Defender

DLB/kdw

Enclosures

cc:	William Welch, Esq. (w/ encl.)
	John Pearson, Esq. (w/ encl.)
	Ms. Christine Gunning (w/ encl.)