UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

October 21, 2010

TO:   COUNSEL OF RECORD

RE:   *USA v. Drake*
      Criminal No. RDB-10-0181

Dear Counsel:

This letter will confirm the telephone conference of today, pursuant to which the following briefing schedule is being issued concerning Defendant's Motion for Order Authorizing Defense Experts' Access to Classified Information (Paper #24) and the Government's Motion for Disclosure of the Names of the Two Proposed Defense Experts (Paper #25).

| | |
|---|---|
| **Defendant's Opposition** | **November 1, 2010** |
| **Government's Reply** | **November 12, 2010** |
| **Defendant's Surreply** | **November 19, 2010** |
| **Motions Hearing** | **November 29, 2010 at 2:00 p.m.** |

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/klf