IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: RDB-10-0181 |
| THOMAS ANDREWS DRAKE | * | |

* * * * * * * * * * * * * *

## ORDER AUTHORIZING BACKGROUND INVESTIGATION
## INTO DEFENDANT'S PROPOSED EXPERTS

This matter is before the Court on the Defendant's motion for an Order authorizing the Court Security Officer to conduct a background investigation into the Defendant's two proposed experts referenced in the Defendant's Motion for Order Authorizing Defense Experts' Access to Classified Information [Docket No. 24]. The motion was submitted in a letter from counsel filed with the Court on October 22, 2010. For the reasons stated in counsel's letter, and in accordance with the June 28, 2010 Protective Order Regarding Classified Information, the Court hereby ORDERS that the Court Security Officer, Ms. Christine Gunning, conduct a background investigation into the two proposed defense experts for the purpose of obtaining their security clearances.

_____
HONORABLE RICHARD D. BENNETT
United States District Judge