IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO. 10 CR 00181-RDB |
| v. | * |
| | * |
| THOMAS ANDREWS DRAKE, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| ****** | |

## FOURTH STATUS REPORT

The United States of America, appearing by and through its undersigned attorneys, respectfully submits the following discovery update to the Court. This update is meant to inform the Court of the status of discovery in advance of the discovery status conference scheduled for November 29, 2010 at 2:00 p.m.

The Government does not believe that there will be a need to discuss any classified information at tomorrow's upcoming status conference. However, to the extent that any party believes it necessary to refer to any NSA program or any particular individual whose name may still be classified, then the parties should refer to the pseudonyms used in the Indictment or some other appropriate pseudonym.

Since the scheduled date of the last discovery status conference, the defendant attempted to view two of the defendant's personal computer hard drives that had been loaded onto a viewing station and placed into the defense's SCIF. These hard drives had been seized pursuant to a search warrant executed at the defendant's residence on November 28, 2007. The viewing station with the defendant's computer hard drives was installed and has been ready for use since

October 15, 2010. On November 16, 2010, the defendant notified the United States that they had been experiencing problems viewing the contents of the defendant's hard drives on the viewing station. After consulting with the manufacturer of the forensic software selected by the defendant to view the hard drives, the United States determined that the issue most likely related to memory capacity. Therefore, the parties have made arrangements to have the memory of the viewing station increased in order to resolve this technical issue. The memory is scheduled to be increased on November 29, 2010.

Finally, on November 9, 2010, the defense traveled to NSA and viewed the defendant's security file as well as a particular Inspector General's report. Both of these documents are classified. The defense tabbed certain documents within the security file for copying. Those copies have been made and should be available for drop-off in the defense SCIF on November 29, 2010.

Regarding the Inspector General's report, on November 16, 2010, the defense requested an unredacted copy of the report, claiming that the report was directly relevant to the defense. On November 17, 2010, the United States requested more information about the nature of the defendant's proposed defenses so that it can assess the purported relevance and admissibility of this report and, if necessary, re-evaluate its objection to discovery of this classified document. The defendant already possesses a redacted, unclassified version of this document. To date, the defendant has not responded.

Dated this 28th day of November, 2010.

                                          Respectfully submitted,

                                          /s/ William M. Welch II
                                          Senior Litigation Counsel
                                          United States Department of Justice
                                          300 State Street
                                           Suite 230
                                          Springfield, MA 01105
                                          413-785-0111 (direct)
                                          413-785-0394 (fax)
                                          William.Welch3@usdoj.gov

                                          John P. Pearson
                                          Trial Attorney
                                          Public Integrity Section
                                          United States Department of Justice
                                          1400 New York Avenue, NW
                                          Suite 12100
                                          Washington, DC  20005
                                          202-307-2281 (direct)
                                          202-514-3003 (fax)
                                          John.Pearson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28th, 2010, I caused an electronic copy of the *Fourth Status Report* to be served via ECF upon James Wyda and Deborah Boardman, counsel for defendant Drake.

                           /s/ William M. Welch II
                           Senior Litigation Counsel
                           United States Department of Justice