IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| v. | *   Criminal No.: RDB-10-0181 |
| THOMAS ANDREWS DRAKE | * |

### REVISED SCHEDULING ORDER

For the reasons stated during a December 21, 2010 conference call with counsel and the reasons stated in a January 4, 2011 letter from defense counsel, the Court hereby revises the current Scheduling Order and sets the following dates in this case:

| | |
|---|---|
| Motions and Expert Disclosures Deadline: | February 25, 2011 |
| Opposition Brief Deadline: | March 11, 2011 |
| Reply Brief Deadline: | March 18, 2011 |
| Motions Hearing: | March 31, 2011 — 9:30 AM |
| Service of Exhibits: | April 8, 2011 |
| Pretrial Conference: | April 13, 2011 — 4:30 p.m. |
| Trial: | April 25, 2011 |

_____
HONORABLE RICHARD D. BENNETT
United States District Judge