**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**                                    **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                            **101 W. Lombard Street**
**United States District Judge**              **Baltimore, MD 21201**
**Northern Division**                            **Tel:  410-962-3190**
                                                         **Fax: 410-962-3177**

February 23, 2011

TO COUNSEL OF RECORD

      RE:   *USA v. Drake*
            Civil No. RDB-10-0181

Dear Counsel:

      Pursuant to our 10 a.m. conference call today, this letter confirms the following:

**1.**      **DOD IG Investigation Briefing**

- Counsel will provide briefing of <u>no more than five pages</u> with respect to the documents at issue related to the Department of Defense Office of Inspector General investigation.

    - Defendant's Brief is due **Friday, March 4, 2011**.

    - Government's Response is due **Friday, March 11, 2011**.

    - Defendant's Reply is due **Wednesday, March 16, 2011**.

**2.**      **Expert Disclosure and CIPA Notice Extension**

- Defense Counsel's request for an extension of the expert disclosure and CIPA notice deadline is **GRANTED**.

    - Defendant's Expert Disclosure/CIPA Notice is due **Monday, March 7, 2011.**

        - This notice should include copies of relevant documents to the extent possible.

    - Government's Response is due **Thursday, March 17, 2011**.

    - Defendant's Reply is due **Tuesday, March 22, 2011**.

- Accordingly, the CIPA hearing remains scheduled for **Thursday, March 31, 2011** at **9:30 a.m.**

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf