**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 10 CR 00181 RDB |
| | * | |
| **THOMAS ANDREWS DRAKE,** | * | |
| | * | **UNDER SEAL PURSUANT TO CIPA** |
| Defendant. | * | |
| | ****** | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS COUNT TWO OF THE INDICTMENT**

1

Respectfully submitted this   7th   day of March 2011.

                                         For the United States:

                                         /s/ William M. Welch II
                                         Senior Litigation Counsel
                                         United States Department of Justice
                                         300 State Street, Suite 230
                                         Springfield, MA 01105
                                         413-785-0111 (direct)
                                         William.Welch3@usdoj.gov

                                         John P. Pearson
                                         Trial Attorney, Public Integrity Section
                                         United States Department of Justice
                                         1400 New York Avenue, NW, Suite 12100
                                         Washington, DC  20005
                                         202-307-2281 (direct)
                                         John.Pearson@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that I have caused a copy of the *Government's Response to Defendant's Motion to Dismiss Count Two of the Indictment* to be served via the Classified Information Security Officer, Christine Gunning, upon James Wyda and Deborah Boardman, counsel for defendant Drake.

                                        /s/ William M. Welch II
                                        Senior Litigation Counsel
                                        United States Department of Justice