IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF AMERICA

            \*

  v.                                    Criminal No.: RDB-10-0181

            \*

THOMAS ANDREWS DRAKE

            \*

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* TO BAR REFERENCE TO AND ADMISSION OF PUBLISHED NEWSPAPER ARTICLES (FILED PURSUANT TO CIPA)**

Respectfully submitted,

/S/

_____
JAMES WYDA, #025298
Federal Public Defender
DEBORAH L. BOARDMAN, #28655
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street, Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-0872
Email: jim_wyda@fd.org
       deborah_boardman@fd.org