**U.S. Department of Justice**

Criminal Division

*Washington, D.C.  20530*

March 23, 2011

Honorable Richard D. Bennett
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    **United States v. Thomas Andrews Drake**
             **Case No. 10 CR 00181 RDB**

Dear Judge Bennett:

      In reviewing the government's various filings on Monday, I noticed the omission of the word "like" in the *Government's Reply to the Defendant's Response to Motion in Limine to Bar Reference to and Admission of Published Newspaper Articles*, Dkt. 85.  More specifically, on page 4, the pertinent sentence reads, "Indeed, Section 793(e), when it involves the illegal retention of documents, is a strict liability statute, . . ."  The sentence should have stated, ". . . is *like* a strict liability statute, . . ." (emphasis added).  The government is not arguing that Section 793(e) is a strict liability statute.

      Thank you for the opportunity to make this correction.

                                                            Very truly yours,

                                                         _____/s/_____
                                                         William M. Welch II
                                                         Senior Litigation Counsel
                                                          John P. Pearson
                                                          Trial Attorney
                                                          Public Integrity Section
                                                          United States Department of Justice

cc:     Counsel for defendant Drake
           (Via ECF)