IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. RDB 10-181 |
| THOMAS ANDREWS DRAKE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court having reviewed the submissions of the parties, and having heard argument of counsel, for the reasons set forth on the record on March 31, 2011;

IT IS HEREBY ORDERED this 11th day of April, 2011, that:

Government's Motion for Hearing and Status Conference Pursuant to Section 2 of CIPA (ECF No. 15) is **NOW MOOT**.

Defendant's Motion for Bill of Particulars (ECF No. 49) is **DENIED**.

Government's Motion in Limine to Preclude Evidence of Necessity, Justification, or alleged "Whistle-Blowing" (ECF No. 53) is **DENIED** with respect to the introduction of evidence of the Department of Defense audit but **GRANTED** with respect to a necessity, justification or an alleged whistleblowing defense.

Government's Motion in Limine to Bar Reference to and Admission of Published Newspaper Articles (ECF No. 55) is **DENIED**.

Government Accountability Project's Motion for Leave to File Amicus Curiae Brief as to Thomas Andrews Drake (ECF No. 92) is **GRANTED**.

/s/
Richard D. Bennett
United States District Judge