IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. RDB 10-181 |
| THOMAS ANDREWS DRAKE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated on the record at the March 31, 2011 hearing and in the foregoing Memorandum Opinion, it is this 13th day of April 2011, ORDERED that:

1. Defendant's Motion for a Declaration that Sections 5 & 6 of CIPA are Unconstitutional (ECF No. 51) is DENIED;

2. Defendant's Motion to Dismiss Counts 1 through 5 of the Indictment (ECF No. 52) is DENIED; and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/
Richard D. Bennett
United States District Judge