FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 23 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 1:10-cr-0181-RDB |
| THOMAS ANDREWS DRAKE | * | |

### ORDER

Upon consideration of the defendant's Motion for Reciprocal Disclosure under the Classified Information Procedures Act (CIPA) § 6(f) and the Fifth Amendment Due Process Clause,

It is hereby ORDERED that, pursuant to CIPA § 6(f), the United States must provide to the defense all information it expects to use to rebut the classified information that the Court has determined to be relevant and admissible under CIPA § 6(a), and

It is further ORDERED that the government is under a continuing duty to provide such information.

_____
THE HONORABLE RICHARD D. BENNETT
United States District Judge

MAY 20, 2011