# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF AMERICA

                               *

    v.                                          **Criminal No.: RDB-10-0181**

                               *

THOMAS ANDREWS DRAKE            **FILED UNDER SEAL AND**

                               *             **PURSUANT TO CIPA**

## DEFENDANT'S MEMORANDUM REGARDING EVIDENCE OF ALLEGEDLY CLASSIFIED INFORMATION IN THE PUBLIC DOMAIN

Respectfully submitted,

/S/

_____

JAMES WYDA, #025298
Federal Public Defender
DEBORAH L. BOARDMAN, #28655
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-0872
Email: jim_wyda@fd.org
              deborah_boardman@fd.org