IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No. RDB 10-181 |
| THOMAS ANDREWS DRAKE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 2nd day of June 2011, ORDERED that:

1. The objection of the Defendant Thomas Drake to the substitutions and redactions for unclassified but protected information is DENIED; and

2. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/_____
Richard D. Bennett
United States District Judge

1