

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No.   10 CR 00181 RDB |
| | * |
| THOMAS ANDREWS DRAKE, | * |
| | * |
| Defendant. | * |

******

**ORDER REGARDING ADMISSIBILITY OF
SUBSTITUTIONS FOR CLASSIFIED INFORMATION**