IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. RDB-10-0181 |
| THOMAS ANDREWS DRAKE, | * 18 U.S.C. § 1030(a)(2)(B) (Exceeding Authorized Use of a Computer – Class A Misdemeanor) |
| Defendant. | * |

\*\*\*\*\*\*

## CRIMINAL INFORMATION

The United States of America charges that:

Between on or about February 2006 and March 2007, in the District of Maryland,

**THOMAS ANDREWS DRAKE,**

the defendant herein, being an employee of the National Security Agency, and, by virtue of his employment, having authorized access to and use of NSA computers, including, but not limited to NSANet, containing both unclassified, official NSA information and classified information, intentionally exceeded his authorized use of said computers at various times and obtained information from NSANet to provide said information orally and in written form to another not permitted or authorized to receive said information.

In violation of Title 18, United States Code, Section 1030(a)(2)(B).

Jack Smith
Chief
Public Integrity Section

_____
William M. Welch II
Senior Litigation Counsel
John P. Pearson
Trial Attorney
Public Integrity Section
United States Department of Justice